UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
Hugh McGuinness,
        Plaintiff,

ORDER

-vs-

CV-05-489(FB)(LB)

N.Y.S. Compensation Board,

        Defendants.
-------------------------------------------------

    On August 10, 2005 the *pro se* plaintiff filed a letter application for an extension of time to file his objections to Magistrate Judge Bloom's report and recommendation dated August 1, 2005 recommending that defendants motion to dismiss be granted and that his complaint be dismissed in it's entirety. Accordingly it is

    HEREBY ORDERED that *pro se* plaintiff's application is GRANTED and any objections shall be filed and served by September 2, 2005.



UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y
        August 15, 2005

cc.: Hugh McGuinness, *pro se* plaintiff
    AAG **John Gasior**