UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HUGH McGUINNESS,                                       JUDGMENT
                                                      05-CV- 0489 (FB)
          Plaintiff,

-against-

NEW YORK STATE COMPENSATION
BOARD,

          Defendant.
-----------------------------------------------------------------x

    A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 7, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 1, 2005, dismissing the action on the grounds of Eleventh Amendment immunity and for lack of subject-matter jurisdiction; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the action is dismissed.


Dated: Brooklyn, New York
       September 08, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court